**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WEIMIN SHEN,** | )) | Case No. 4:20-cv-00626 |
| Plaintiff, | )) | |
| v. | )) | |
| **AUTOMOBILE CLUB OF MISSOURI, INC.** | )) | |
| Defendant. | )) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO SEAL**

Plaintiff respectfully requests an extension of time to file a response to Defendant's Motion to Seal Records and Incorporated Suggestions in Support. Plaintiff has recently retained counsel and is informed that her counsel will be appearing in the case on July 11, 2023. Plaintiff is aware that any opposition to Defendant's Motion to Seal Records and Incorporated Suggestions in Support is due on July 10, 2023. Plaintiff wishes to give her counsel an opportunity to review the case file and proceed as they deem appropriate, including opposing the Motion to Seal.

Respectfully submitted,

Weimin Shen

/s/ Weimin Shen

17135 Surrey View Dr.
Chesterfield,  MO 63005
Telephone: (636) 675-7857
Wsusa1828@gmail.com