# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **Weimin Shen,** | : |
| | : Case No. 4:20-cv-00626 |
| Plaintiff, | : |
| | : Hon. Stephen N. Limbaugh, Jr. |
| vs. | : |
| | : |
| **Automobile Club of Missouri, Inc.,** | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

Notice is hereby given that Edward A. Khatskin, of The Durst Law Firm, hereby enters his appearance as counsel for Plaintiff Weimin Shen.

        Respectfully submitted,

*/s/ Edward Khatskin*
Edward A. Khatskin (MO63158)
Attorney for Weimin Shen
The Durst Law Firm
230 W. Monroe St., Suite 1900
Chicago, IL 60606
Tel: (513) 621-4999
Fax: (513) 621-0200
Email: edward@durstlawfirm.com