# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

**Weimin Shen,**

    Plaintiff,

vs.

**Automobile Club of Missouri, Inc.,**

    Defendant.

Case No. 4:20-cv-00626

Hon. Stephen N. Limbaugh, Jr.

## NOTICE OF APPEAL

Plaintiff Weimin Shen appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered on June 12, 2023.

Respectfully submitted,

*/s/ Edward Khatskin*
Edward A. Khatskin (6319840IL)
Attorney for Weimin Shen
The Durst Law Firm
230 W. Monroe St., Suite 1900
Chicago, IL 60606
Tel: (513) 621-4999
Fax: (513) 621-0200
Email: edward@durstlawfirm.com