US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**

Shen v. AAA MO et al

**USCA#:**

**Case Number:**

4:20-CV-00626-SNLJ

**Plaintiff:**

WEIMIN SHEN

**Defendant:**

AAA MO, et al.

**Attorney:**

Edward A. Khatskin (for pla)
230 W. Monroe Street
Suite 1900
Chicago, IL  60606
Ph:  314-359-9147   Fax:
Email:  edward@durstlawfirm.com

**Attorney:**

Burton D. Garland Jr. (for dft)
7700 Bonhomme Avenue
Suite 650
St. Louis, MO  63105
Ph:  314-802-3935   Fax:  314-802-3936
Email:  burton.garland@ogletree.com

**Court Reporter(s):**

Please return files and documents to:

Clerk for Eastern District of Missouri

Person to contact about the appeal:

Jessica_Carter@moed.uscourts.gov

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | Yes | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?:  No     Where:

**Please list all other defendants in this case if there were multiple defendants:**