# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 13, 2023

Mr. Edward A. Khatskin
DURST LAW FIRM
Suite 1900
230 W. Monroe Street
Chicago, IL  60606

      RE:  23-2616  Weimin Shen v. AAA Auto Club of Missouri, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

                                                         Michael E. Gans
                                                         Clerk of Court

CJO

Enclosure(s)

cc:    Mr.  Clerk, U.S. District Court, Eastern District of Missouri
       Mr. Burton D Garland Jr.
       Mr. Sean Jonathan Oliveira
       Ms. Shannon White

        District Court/Agency Case Number(s):   4:20-cv-00626-SNLJ

**Caption For Case Number:   23-2616**

Weimin Shen

        Plaintiff - Appellant

v.

AAA Auto Club of Missouri; Bill Wolff

        Defendants - Appellees

**Addresses For Case Participants:   23-2616**

Mr. Edward A. Khatskin
DURST LAW FIRM
Suite 1900
230 W. Monroe Street
Chicago, IL  60606

Mr.  Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mr. Burton D Garland Jr.
OGLETREE & DEAKINS
Suite 650
7700 Bonhomme Avenue
Saint Louis, MO  63105

Mr. Sean Jonathan Oliveira
OGLETREE & DEAKINS
Suite 650
7700 Bonhomme Avenue
Saint Louis, MO  63105

Ms. Shannon White
THOMAS F. EAGLETON U.S. COURTHOUSE
111 S. Tenth Street
Saint Louis, MO  63102-1116